**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

# ORDER TERMINATING SUPERVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Kevin Lynn Beal**

Defendant.

Docket No. 0:01M00453-001 (AJB)

On January 17, 2002, Mr. Beal was ordered to a 5-year term of probation consecutive to the term of supervised release in Docket No. 4:98CR00094-019(DSD). However, per Your Honor's request, the term of probation was to run concurrent with Mr. Beal's supervised release term. Mr. Beal's supervised release term and Your Honor's probation term began on July 24, 2002. On April 13, 2006, the Honorable Judge Doty found Mr. Beal in violation of his supervised release, revoked his supervised release term and sentenced him to 1 year and 1 day with no supervision to follow. It appears that this sentence adequately addresses Mr. Beal's violation behavior.

UPON REPORT AND RECOMMENDATION BY United States Probation Officer David J. Schwab, Minneapolis, Minnesota:

IT IS HEREBY ORDERED That Mr. Beal's term of probation ordered on January 17, 2002 be terminated.

Signed and executed this 23 day of April, 2006.

Honorable Arthur J. Boylan
U.S. Magistrate Judge

SCANNED
APR 24 2006
U.S. DISTRICT COURT ST. PAUL